ANTONSANTI & LA COSTA, demandante y apelada, *v.* LA SUCESIÓN DE ANA AXTMAYER, compuesta de ROSA, SIMÓN, JOSEPH, CHARLES Y HENRY AXTMAYER, demandada y apelante.

No. 5248.—*Sometido:* Febrero 4, 1931. *Resuelto:* Febrero 10, 1931.

*A. Quintana Cajas,* abogado de la apelante; *Dubón & Ochoteco,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

La parte demandante en una acción por $800 obtuvo sentencia por $400, con costas.

La demandada apela de una orden aprobando un memorándum de costas, y alega que la corte de distrito se excedió en su jurisdicción al conceder honorarios de abogado.

El artículo 327 del Código de Enjuiciamiento Civil, tal cual fué enmendado en 1908 (Compilación de 1911, sección 5371) autorizaba la concesión de honorarios de abogado como parte de las costas sólo en acciones o procedimientos en que la materia litigiosa excediera de $500. Este artículo fué posteriormente enmendado en 1917 (Leyes de ese año (1), página 207) eliminándose la restricción relativa al valor en controversia. La apelante se funda en la ley según fué enmendada en 1908, y asume que el valor de la materia litigiosa es $400, importe de la sentencia, excluyendo las costas, y no $800 que es la suma mencionada en la demanda. La enmienda de 1917, desde luego, elimina la cuestión relativa a la cuantía jurisdiccional.

Otra contención es que la corte de distrito abusó de su discreción al conceder las costas a la demandante. Si la demandada interesaba obtener la revisión de tal alegado abuso de discreción, debió haber presentado el punto específicamente en la apelación de la sentencia. Dejó de hacer esto. *Antonsanti & La Costa v. Sucesión Axtmayer,* 39 D.P.R. 596. Esta cuestión es demasiado tardía al ser suscitada por primera vez en la apelación de una orden aprobando un memorándum de costas.

La tercera contención es que la suma concedida como honorarios es excesiva.

En el memorándum, los demandantes pedían la suma de $400 por honorarios de abogado. La corte concedió la mitad

de esa suma. Tomándolo todo en consideración, creemos que esa partida debe reducirse nuevamente a $100.

*La orden apelada debe ser modificada de conformidad, y, así modificada, se confirma.*